IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:21CR374-1 |
| PATRICIA ANN LADENSACK | : |

The Grand Jury charges:

## Background

1. At all times material herein, PATRICIA ANN LADENSACK was a resident of Durham County, North Carolina, within the Middle District of North Carolina.

2. At all times material herein, the Durham Center for Senior Life was a 501(c)(3) non-profit organization located in Durham, North Carolina.

3. Between in or about July 2017 and in or about March 2020, PATRICIA ANN LADENSACK worked at the Durham Center for Senior Life (hereinafter, the "Center") in the role of Financial Director.

4. At all times material herein, Woodforest National Bank was a financial institution based in Texas.

5. At all times material herein, SunTrust Bank was a financial institution that used data centers outside of the state of North Carolina for the processing of credit card transactions.

## The Fraudulent Scheme

6. From in or about January 2018, continuing up to and including in or about March 2020, the exact dates to the Grand Jurors unknown, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK devised and intended to devise a scheme to defraud the Center by means of materially false and fraudulent pretenses, representations, and promises.

7. It was a part of the scheme that PATRICIA ANN LADENSACK obtained the Center's credit cards that were issued to employees other than herself, including at least one credit card that belonged to a former employee. LADENSACK controlled the Center's credit cards and required employees to "check out" their credit cards with LADENSACK before use.

8. It was further a part of the scheme that PATRICIA ANN LADENSACK used a credit card issued to E.L. for personal expenses, without authorization, and after E.L. had ended her employment with the Center.

9. It was further a part of the scheme that PATRICIA ANN LADENSACK used her access to the Center's payroll system for unlawful purposes, including to pay herself a bonus of approximately $3,000 that was never approved or otherwise authorized by Center management.

Execution

10. On or about July 1, 2019, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK, having knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, namely, an unauthorized transfer of $3,000.00 that LADENSACK initiated in Durham, North Carolina and that was routed to personal bank accounts she maintained at State Employees' Credit Union and Woodforest National Bank.

In violation of Title 18, United States Code, Section 1343.

COUNT TWO
(Wire Fraud)

11. The Grand Jury realleges and incorporates Paragraphs 1 through 9 of Count One as if fully set forth herein.

12. On or about January 8, 2020, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK, having knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent

3

pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, namely, that PATRICIA ANN LADENSACK submitted to Walmart a payment using a fraudulently obtained credit card number issued by SunTrust Bank.

In violation of Title 18, United States Code, Section 1343.

## COUNT THREE
(Aggravated Identity Theft)

13. On or about January 8, 2020, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, as alleged in Count Four and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name of an individual whose initials are E.L.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR
(Wire fraud)

14. The Grand Jury realleges and incorporates Paragraphs 1 through 9 of Count One as if fully set forth herein.

4

15. On or about January 28, 2020, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK, having knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, namely, that PATRICIA ANN LADENSACK submitted to Time Warner Cable a payment using a fraudulently obtained credit card number issued by SunTrust Bank.

In violation of Title 18, United States Code, Section 1343.

## COUNT FIVE
(Aggravated Identity Theft)

16. On or about January 28, 2020, in the County of Durham, in the Middle District of North Carolina, PATRICIA ANN LADENSACK, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, as alleged in Count Four and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name of an individual whose initials are E.L.

In violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses charged in Counts One, Two, or Four of this Indictment, the defendant, PATRICIA ANN LADENSACK, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

3. The property to be forfeited may include, but is not limited to, a money judgment, in an amount to be determined, representing the value of the property subject to forfeiture as a result of such offense.

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by

6

Case 1:21-cr-00374-UA   Document 1   Filed 10/25/21   Page 6 of 7

Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: October 25, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

*Ashley E. Waid*
BY: ASHLEY E. WAID
Assistant United States Attorney

A TRUE BILL:

FOREPERSON